UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JESUS N. LOPEZ, | ) | 3:10-cv-00376-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 13, 2012 |
| | ) | |
| BANK OF AMERICA, NA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     JENNIFER COTTER     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Extension of Discovery.  (Doc. #32.)  Therein plaintiff has requested a sixty (60) day extension of the discovery deadline.

Good cause appearing, plaintiff's motion (Doc. #32) is **GRANTED**.  The deadline for completion of discovery shall be extended to sixty (60) days up to and including June 11, 2012.  **There shall be no further extensions.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk